**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **AMANDA ROSS,** *et al.*, | Case No. 2:24-cv-03713 |
| Plaintiffs, | JUDGE EDMUND A. SARGUS JR. |
| v. | MAGISTRATE ELIZABETH PRESTON DEAVERS |
| **COLUMBUS BOARD OF EDUCATION,** *et al.*, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY

This matter is before the Court upon the agreement of the parties to settle all claims at issue in the above captioned matter and to dismiss those claims with prejudice.

It is therefore, ORDERED, ADJUDGED, AND DECREED that any and all claims in the above captioned matter are dismissed with prejudice.

This Court hereby retains jurisdiction for the purpose of enforcing the settlement agreement.  Outstanding court costs to Defendants equally.

**IT IS SO ORDERED**.

_____
JUDGE EDMUND A. SARGUS, JR.

Approved by:

| | |
|---|---|
| */s/ Jared S. Klebanow* (per 4/30/25 email authority) | Richard A. Williams (0013347) |
| Jared S. Klebanow (0092018) | Susan S. R. Petro (0050558) |
| KLEBANOW LAW, LLC | Williams & Finkbine Co., LLC |
| 850 Euclid Avenue, Suite 701 | 338 South High Street, Second Floor |
| Cleveland, Ohio 44114 | Columbus, Ohio 43215 |
| (216) 621-8230 | (614) 224-0531 | (614) 224-0553 (fax) |
| jklebanow@klebanowlaw.com | RichardW@OhioLegalFirm.com |
| *Counsel for Plaintiffs* | SusanP@OhioLegalFirm.com |
| | *Counsel for Columbus City Schools Board of Education* |

2

| | |
|---|---|
| */s/ Sue A. Salamido* (per 4/30/25 email authority)<br>Sue A. Salamido (0068043)<br>CLOPPERT, LATANICK, SAUTER, &WASHBURN<br>225 East Broad Street, 4th Floor<br>Columbus, Ohio 43215<br>(614) 461-4455 \| (614) 621-6293<br>ssalamido@cloppertlaw.com<br>*Counsel for Defendant Jodi Fullerton* | |